

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-18-00290-CV

Style:     Jeffrey A. Harberson v. Brianne Strickland

Date motion filed*:     March 18, 2019

Type of motion:     Fifth Motion to Extend Time to File Brief

Party filing motion:     Pro se Appellant Jeffrey A. Harberson

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     July 30, 2018

     Number of extensions granted:     4     Current Due Date: March 15, 2019

     Date Requested:     N/A (no date listed)

Ordered that motion is:

     ☑ Granted, in part

          If document is to be filed, document due: April 18, 2019.

          ☑   **No further extensions of time will be granted.**

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other:  Because appellant's extension attaches a copy of a prison inter-office communications form indicating that he received a box from his prior prison unit on March 13, 2019, which he states contains legal papers from his trial counsel that will allow him to prepare his brief, the Court construes this letter as an extension request and **grants it** for 30 days, but **no further extensions will be granted**. Accordingly, this Court will dismiss this appeal for want of prosecution if no brief is timely filed by **April 18, 2019**. *See* TEX. R. APP. P. 42.3(b).

Judge's signature:  /s/ Laura Carter Higley

                ☒ Acting individually     ☐ Acting for the Court

Date:  March 26, 2019